Case 1:26-mj-00131-GMH     Document 1-1

Case: 1:26-mj-000131
Assigned To: Judge Harvey, G. Michael
Assign. Date: 8/3/2026
Description: COMPLAINT W/ARREST WARRANT

## Statement of Facts

### Armed Carjacking of the Van

On Tuesday, April 21, 2026, at approximately 9:41 PM, the Complaining Witness ("CW1") called 911 and reported that he had been robbed at gunpoint around 1115 H Street NE, Washington, D.C. Officers from the Metropolitan Police Department ("MPD") responded to the location and observed CW1 in the 900 block of H Street NE. CW1 did not appear to be suffering from any visible injuries and was transported back to the location of the incident. CW1 reported that he had driven a 2017 Ford Cargo Van with Pennsylvania tags to make a delivery to a customer at the rear of 1115 H Street NE. Upon arriving at the location, CW1 waited for someone to take possession of the delivery and within ten minutes of arriving he observed a "chubby" male, S-1, and later identified as Mohamed Elgoodah, exit the rear doors of the building and walk over to the van with his head down. CW1 exited the driver's seat and began to assist S-1, whom he thought was the customer, with the delivery packages.

Once in the back of the van, CW1 heard the rear doors to the building open and observed a male, S-2, and who law enforcement has probable cause to believe is Kenneth Taylor, wearing a "gray cloth" over his nose and mouth and holding a black handgun. S-2 demanded, "get on the ground before I whack you!" CW1 complied after the demand was repeated and laid on his stomach on the ground. Another "tall" male, S-3, was standing next to S-2. While lying on the ground, CW1 heard one of the Suspects get into his van and drive away. CW1 was unsure if the other two Suspects had jumped into the van or went back inside of the building. At the time of the carjacking, the van contained CW1's passport; wallet containing bank cards, cash, driver's license, and health insurance card; Apple iPhone 15; a Target bag containing approximately $500 in cash; a suitcase; and clothing. The van also contained approximately thirty packages that had yet to be

1

delivered to their respective customers.

Law enforcement ultimately obtained CCTV footage, which captured the offense. Footage depicted the Suspects arrive at the building between approximately 7:55 PM and 8:18 PM. At around 9:31 PM, S-1 approaches the passenger side of the van. Both CW1 and S-1 then walk to the back of the van. S-1 appears to be a heavy-set male with short hair and glasses; he is not wearing a mask.

*Figure 1: S-1 and CW1 at the back of the van.*



*Figure 2: Below is a view of inside the van before the offense.*



*Figure 3: As CW1 opens the back of the van, S-2 runs from behind with an object that is consistent with a handgun. S-3 follows behind S-2.*



*Figure 4: CW1 lies down on the ground, with S-2 standing over him.*



*Figure 5: While S-3 enters the driver's seat of the van. S-1 appears to walk back inside the building.*



*Figure 6: S-3 then drives away in the van, while S-2 runs back inside the building.*



*Figure 7: S-1 and S-2 get back onto the elevator at approximately 9:32 PM.*



Footage from outside the apartment complex was also gathered and depicted S-1 and S-2 ultimately leave the building and enter the backseat of a vehicle around 9:48 PM.

*Figure 8: S-1 and S-2 entering what appears to be a rideshare vehicle*



**Recovery of the Carjacked Van**

A few hours later, on April 22, 2026, at approximately 12:45 AM, MPD located the carjacked van in front of 1658 Holbrook Street NE, which is a little less than a mile from the offense location. The van contained its keys and most of CW1's property, but all of the packages

and CW1's $500 of cash from the Target bag were missing.

MPD contacted CW1 and notified him that the van had been located. MPD then picked him up and transported him to the van. CW1 stated that before the offense, he had been communicating with his dispatcher (later learned to be CW1's boss), who had asked CW1 what time he was going to be at the delivery location. CW1 had approximately thirty packages left to deliver, so he was going to drive to Pittsburgh after his delivery at 1115 H Street NE, get a hotel room, and finish delivering the packages to those customers in the morning. CW1 stated that he did not know what was inside the packages, but that they were heavy.

**The Suspects' Connection to Apartment #501**

CW1 reported that he had delivered packages to the offense location approximately four times before the instant offense. CW1 recognized S-1 as the customer from these prior deliveries. The offense location consists of a multi-story building with a business on the bottom floor and condominiums on the remaining floors. Law enforcement spoke with a representative of the bottom-floor business, who stated that they were not expecting any deliveries around the offense date/time.

Law enforcement also spoke with a resident of the building, who identified Apartment #501 as having several disorderly complaints. Specifically, residents have complained that Apartment #501 has had "heavy impacts, furniture dragging, and late-night tool noises." The residents did not have any noise violations in this manner until the new residents moved into Apartment #501 a few months ago.

On May 6, 2026, the FBI executed a residential search warrant at Apartment #501. At the time of execution, Apartment #501 was not occupied. Among other things, the FBI located paperwork with Elgoodah's name on it, and a cardboard box with "15" and "DV-DC" handwritten

7

in black marker (consistent with the boxes that can be seen in the back of the van at the time of the offense). In addition, the FBI seized a Tennessee Driver's License with an apparent fake Driver's License Number on it, a box of suspected THC vape pens, and empty packages of suspected THC and marijuana products.

*Figure 9: Cardboard box located in Apartment #501.*



**Identification of the Subjects**

Based on CCTV footage from the building, it appears that at least two of the Suspects left from the offense location via a ride-share because they entered the vehicle from the backseat. Based on that CCTV footage, a subpoena was submitted to both Lyft and Uber for any rider accounts who were dropped off at the offense location between 7:45 PM and 8:30 PM on the offense date and any rider accounts who were picked up from the offense location between 9:30 PM and 10:00 PM. Uber provided records for two such riders: Makaui Elgoodah with a particular

phone number and email address and another individual.[1] More specifically, on April 21, 2026 at approximately 2:13 PM, Elgoodah traveled to the offense location. Additionally, on the same day at approximately 9:33 PM (*i.e.*, around the time of the instant offense), Elgoodah ordered an Uber. At approximately 9:48 PM, Elgoodah was picked up from the offense location (which is consistent with CCTV footage from the building) and traveled to a location in Arlington, Virginia. Then, at approximately 11:03 PM, Elgoodah ordered another Uber and ultimately traveled from that location in Arlington, Virginia to an address in Reston, Virginia, which law enforcement later learned is Elgoodah's address of record.

Based on the Uber records, law enforcement obtained CCTV footage for the Arlington apartment building to which Elgoodah and S-2 traveled after the instant offense. Based on the time stamps,[2] Elgoodah and S-2 arrive in their Uber at the Arlington apartment building at approximately 10:33 PM.

*Figure 10: Elgoodah and S-2 arrive at the Arlington apartment.*



---

[1] Mohamed Elgoodah's full name is Mohamed Elmakaui Khalid Elgoodah.

[2] Based on your affiant's review of the CCTV footage, it appears that the time stamps in this CCTV footage are approximately twenty-four minutes fast.

*Figure 11: At approximately 11:19 PM, S-2 appears to leave in a ride-share.*



*Figure 12: Elgoodah appears to leave in a ride-share within a few minutes thereafter.*



Based on this CCTV footage from the Arlington building, S-2 shares the same race, build, and facial features as Kenneth Taylor. Below is a comparison with a known photo of Taylor.

*Figure 13: (Left) S-2 inside the Arlington apartment. (Right) Booking photo of Kenneth Taylor*



Based on queries, law enforcement identified a YouTube video that appears to feature Taylor. As shown below, the rapper featured in the video appears to have the same neck tattoo as Taylor in the known photo, as shown above. Below is a screenshot of the YouTube video.

*Figure 14: Screenshot from one of Taylor's YouTube videos.*



That YouTube video specifically links to an Instagram account.

This Instagram account has posted photographs of an individual that appears to be Taylor.

In relevant part, on December 25, 2025, this Instagram account posted a photograph of an individual who appears to be Taylor wearing a jacket that is consistent with the jacket worn by S-2. Below is a comparison.

*Figure 15: (Left) S-2 inside the Arlington apartment. (Right) Screenshot from Taylor's Instagram.*



Based on queries from law enforcement databases, law enforcement learned that Taylor is currently on supervision. On May 11, 2026, law enforcement contacted Taylor's probation officer, who confirmed Taylor's current phone number.

Based on the CCTV footage from the Arlington building, law enforcement submitted a § 2703(d) Order to Uber and Lyft for any rider accounts who were picked up from the Arlington building between 10:00 PM and 11:30 PM, in an effort to identify S-2. Those records provided that a rider named "Talib T" (whose account was previously associated with the name "Kenneth"—*i.e.*, Taylor's first name) took a Lyft to 1113 H Street NE (*i.e.*, the approximate area of the offense location) on April 21, 2026 at approximately 8:03 PM (*i.e.*, about an hour and a half

12

before the instant offense), which is consistent with the CCTV footage from that building. That account also took a Lyft ride from the Arlington building to a location in Washington, D.C. on April 21, 2026, at approximately 10:56 PM, which is consistent with the CCTV footage from the Arlington building, as described above. Based on the Lyft records, that rider account is also registered to the same phone number provided by Taylor's probation officer.

Based on queries from law enforcement databases, law enforcement learned that Elgoodah is currently under supervision with the Virginia Department of Corrections. On May 4, 2026, the FBI contacted Elgoodah's probation/parole officer, who confirmed that Elgoodah currently uses the same phone number that the Uber records identified and resides at an address in Reston, Virginia.

Based on known photos, Elgoodah's race, build, and facial features are consistent with S-1. Additionally, law enforcement presented a screenshot from the surveillance footage from the offense location on the date of the offense, along with additional photos of Elgoodah from the offense location, to Elgoodah's probation/parole officer. Elgoodah's probation/parole officer confirmed that the individual depicted is Elgoodah.

*Figure 16: Photos of S-1 (Elgoodah)*



Subsequently, law enforcement obtained a warrant to search the historical cell site location information for the phone numbers associated with Elgoodah and Taylor. The historical cell site data associated with Elgoodah's phone number is consistent with the device being in the vicinity of the offense location at the time of the armed carjacking, and later on in the vicinity of the Arlington building at approximately the same time that surveillance footage from that building captured Elgoodah entering the complex. Similarly, the historical cell site data associated with

14

Taylor's phone number is consistent with the device being in the vicinity of the offense location at the time of the armed carjacking, and later in the vicinity of the Arlington building at approximately the same time that CCTV footage from that building captured Taylor entering the complex.

Law enforcement also obtained a warrant to search the Apple iCloud account associated with Taylor. Apple has since returned responsive records for these accounts, and while a review of the information is ongoing, law enforcement has discovered the following images from Taylor's iCloud account:

*Figure 17: (Left) Photo of what appears to be S-2 from Taylor's iCloud account. (Right) Photograph from Figure 3 for comparison.*

 

Based on the iCloud data, the above-left photo was taken April 21, 2026 (*i.e.*, the offense date), and an item that appears to be a firearm is visible under the outer jacket. The white face covering

and dark outerwear appear visually consistent with the gunman from the carjacking.

*Figure 18: Photos from Taylor's iCloud*




Based on the iCloud data, the two photos above were taken on April 22, 2026. Notably, some of

the packages have markings beginning with PITT. As discussed above, CW1 stated that he was

planning to drive to Pittsburgh after his delivery to the offense location to finish delivering the

following day.

Accordingly, there is probable cause to believe that S-1 and S-2 are Mohamed Elgoodah

and Kenneth Taylor, respectively, and there is probable cause to charge Elgoodah and Taylor with

violations of 18 U.S.C. § 1951 (Interference with Interstate Commerce by Robbery), 18 U.S.C. §

924(c)(1)(A)(i)(i) (Using Carrying, Possessing, and Brandishing a Firearm During and in Relation

to a Crime of Violence), 22 D.C. Code § 2803(b)(1) (Armed Carjacking), and 22 D.C. Code §

16

4504(b) (Possession of a Firearm During a Crime of Violence or Dangerous Offense).

_____
Special Agent Scott Schumacher
Federal Bureau of Investigation

Subscribed and sworn by telephone pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on August 3, 2026.


_____
Honorable G. Michael Harvey
United States Magistrate Judge